

Demetrius Wilson #T079391
Name and Prisoner/Booking Number
4ᵗʰ Ave Jail
Place of Confinement
201 S. 4ᵗʰ Ave
Mailing Address
Phoenix, Arizona 85003
City, State, Zip Code

FILED ☑    LODGED ___
RECEIVED ___    COPY ___

AUG 3 1 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Demetrius A. Wilson,
(Full Name of Plaintiff)
   Plaintiff,

   vs.

(1) Edward leiter,
(Full Name of Defendant)
(2) Michael Souccar,
(3) Margaret Mahoney,
(4) Superior Court of Maricopa County,
   Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2015-01526-JaT-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

Jury Trial demanded

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
  ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
  ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
  ☐ Other: _____

2.  Institution/city where violation occurred: _____

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Edward leiter . The first Defendant is employed as:
Deputy County Attorney at County Attorney officer .
(Position and Title)    (Institution)

2. Name of second Defendant: Michael Souccar . The second Defendant is employed as:
Attorney at Law at Superior Court of Maricopa .
(Position and Title)    (Institution)

3. Name of third Defendant: Margaret Mahoney . The third Defendant is employed as:
Superior Court Judge at Maricopa Superior Court .
(Position and Title)    (Institution)

4. Name of fourth Defendant: Superior Court . The fourth Defendant is employed as:
maricopa county Superior court at Superior Court of Maricopa .
(Position and Title)    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

a. First prior lawsuit:
1. Parties: Demetrius Wilson v. Joespn ArPaio
2. Court and case number: CV-2014-01613 - PHX, JAT-DMF .
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
Still pending

b. Second prior lawsuit:
1. Parties: Demetrius Wilson v. Sgt. Terracino
2. Court and case number: CV-2015-01174-JAT-DMF .
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
Still pending

c. Third prior lawsuit:
1. Parties: Demetrius Wilson v. Michael Souccar
2. Court and case number: 2014-02421-PHX-JAT-DMF .
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
its the Same as 2015-01526 JAT-DMF

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Plaintiff was denied Due Process under the Fourteenth Amendment of the U.S. Constitution miscarriage. Justice

2.  **Count I.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities      ☐ Mail            ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion    ☐ Retaliation

☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Miscarriage Of Justice

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

The Miscarriage Of Justice Commented through Carelessness When Edward leiter Concealed the truth Of Evidence to grand Jury Indictment of missing evidence of money denying Plaintiff due Process Of Indopendant exculpatory examination of the money/evidence. Plaintiff was denied to examine the alleged money to See if it was real, Or alleged Victim Prints was on it, or if Ony money was taken at all, Or if it was the Amount they Say it was taken. Edward leiter Single out this Piece of evidence and use a envelope to Say the alleged money was in it, when he allowed the allegedly money to be return or destroyed allegedly through Carelessness. I was denied Confrontation Of alleged money against me.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Mental Anguish, Depression, Defamation of Charecter, emotional damages, couldn't get Colostomy reverise cause of this case that why cv 2014-0151 did not was in a arrested Punitive Damages, gross negligence, Compensatory damages, deliberate indifferent.

5.  **Administrative Remedies:**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes   ☐ No

b.  Did you submit a request for administrative relief on Count I?                       ☐ Yes   ☐ No

c.  Did you appeal your request for relief on Count I to the highest level?             ☐ Yes   ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  reported it to Superior Court

**COUNT II**

1. State the constitutional or other federal civil right that was violated: Plaintiff was denied Due Process Under the fourteenth amendment of the U.S constitution Miscarriage Justice

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Miscarriage of Justice

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The miscarriage of Justice commented When Plaintiff Identification confrontation evidence was tainted and Suggestive by Edward leiter and use against me in Court, On may 13, 2014. Allegedly a crime was committed, hours thereafter without counsel a Suggestive Identification was done with only One Person Present the Plaintiff on the street for the Purpose of Identifying the culprit which was carried out, in lieu of the Constitutional 6 Pack line up with other faces to which would have represented a fair on impairtial line up. Plaintiff was the only one Present hand cuff Standing out in Door. When the alleged Victim told dective he wasn't Sure it was Plaintiff. The dective broke Protocol by coaching alleged Victim to Say 90 percent by asking What Percentage are you and giving allegedly money to allegedly Victim that Supposed to been taken Thousand 3hundred and 60 dollars. When Plaintiff Indictment came the alleged Victim stated he wasn't 100 percent Sure. On Oct. 23, 2014 Plaintiff Found out Edward leiter was going to do a deposition with alleged Victim in Courtroom On nov. 13, 2014 with plaintiff in Court with him Plaintiff Complained and "stated to court and Edward leiter On Oct. 23, 2014 and nov. 13, 2014 that I the Plaintiff wasn't Identified yet, I need a line up and dessureal hearing before alleged Victim See my face", and was denied. On nov. 13, 2014 a deposition was done with me in Court room with alleged Victim that look in Plaintiff Face for hours with Statement that was rehearse and coherse denied Plaintiff due Process of Identity and Fair Trial or ever able to do a line up due to alleged Victim looking at my Face for hours at deposition hearing. irreparable Identity

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Mental Anguish, Depression, Defamation of Character, emotional damages, couldn't get colostomy Plaintiff have reverse cause of this case, that why 2014-01613-Jat-DMF was Filed misterial Punitive Damages, gross negligence, Compensatory damages, Deliberate Indifference.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. reported to Superior Court

4

## COUNT III

1. State the constitutional or other federal civil right that was violated *Plaintiff was denied Fair Trial effective assistance of Counsel under the Six Amendment of US. constitution*

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: *Miscarrige of Justice*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On Oct.14,2014 assigned to Plaintiff case Attorney Michael Souccar Come to Visit me about my case. I talk to Attorney Souccar, about doing a dessureault hearing because nothing putting me inside the house, and wasn't Identified because on statements alleged Victim Say he's not entirely Sure I was the defendant, and on Indictment he's not 100 Percent Sure, and another statement he Say he's 90 Percent Sure allegedly and allegedly return 7 thousand 3 hundred and 60 dollars. He was coach I tell Attorney Souccar, I want a Independant examination of money and envelope and Dessureault hearing. On Oct.23,2014 Attorney Souccar without me Knowing, decided to help deputy county Attorney leiter against me by doing a deposition with allegedly Victim On nov 13,2014. Without my consent to use against me later at Trial. Denying me a Fair Trial by Attorney Souccar refusing to do a dessureault hearing, and Independant examination of money/envelope before deposition, now alleged Victim Would Know my Identity, all this Was recorded on Oct.23,2014 and nov.13,2014. Plaintiff filed a bar complaint and they said he Knew a dessureault hearing would help me, See Exhibit 1 and 2 State bar response. Plaintiff filed letter to mr. Souccar See Exhibit 3 Plaintiff filed motion for Change of Counsel See Exhibit 4 On nov.12,2014 Plaintiff was denied change of Counsel they proceeded with deposition on nov.13,2014 that was cohere and rehere with Victim statement and alleged Victim looking in Plaintiff Face for hours denied me Identity and Fair Trial or ever able to do line up due to deposition irreporable Identity, and then Micheal Souccar withdrawe From Case!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

mental Anguish, Depression, Defamation of Character, emotional Damage, Couldn't get my colostomy reverse couse this case that why 2014-01613-JAT-DMF was filed mistreated, Punitive Damage, gross negligence, Compensatory damages, delibrate indifference, he mess my Identity up on case.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. reported to Superior Court

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

# Count-4

1. State the Constitutional or Other Federal Civil Right that was Violated: <u>Due Process under the Fourteenth Amendment of the U.S. Constitution</u>

2. Count-4. Identify the issue involved. ☒ <u>Mis carriage of Justice</u>

3. Supporting Facts:

On Oct. 14, 2014, assigned to Plaintiff case Attorney Michael Souccar, who came to Visit me about my case. I talk to Attorney Souccar, about doing a dessureault hearing because nothing putting me inside the house, and wasn't Identified. Because on Statements alleged Victim Say he's not entirely Sure I was the defendant, and on Indictment he's states he's not 100 percent sure, and another Statement he Say he's 90 percent Sure allegedly and allegedly return 7 thousand 3 hundred and 60 dollars. He was Coach I tell Attorney Souccar, I want a Indapendant examination of money and Dessureault hearing. On Oct. 23, 2014 Attorney Souccar without me knowing, decided to help deputy county Attorney leiter against me by doing a deposition with allegedly Victim On nov. 13, 2014. Without my consent to use against me later at Trial. Denying me a fair Trial by Attorney Souccar refusing to do a dessureault hearing, and Indapendant examination of money/envelope before deposition, now alleged Victim would know my Identity. All this was recorded On Oct. 23, 2014 and Nov. 12, 2014, Plaintiff Filed a bar complaint, and they said he knew a dessureault hearing would help me. See: Exhibit-1 and 2 state bar response. Plaintiff Filed letter to mr. Souccar See: Exhibit-3, Plaintiff Filed motion for change of Counsel See: Exhibit 4 On Nov. 12, 2014 Plaintiff was denied Change of Counsel they proceeded with deposition On Nov. 13, 2014 that was Coherse and reherse with alleged Victim Statement and alleged Victim looking in Plaintiff Face for hours denied me Identity and Fair Trial or ever able to do line up due to deposition irreporable Identity and then micheal Souccar with drawed From case.

4. Injury: Mental Anguish, Depression, Defamation of Charcter, emotional Damages Couldn't get my colostomy reverse cause this case, that's why 2014-01613-JAT-DMF was Filed mistreated, Punitive Damage, gross negligence, Compensatory damages, delibate indifference, he mess my Identify up on case.

# Count - 5

1. State the constitutional or Other Federal civil Right that was Violated :
Due Process under the FourTeenth Amendment of the U.S. constitution

2. Count-5. Identify the issue involved. ☒ miscarriage of Justice

3. Supporting Facts :

The Superior Court of Maricopa County Through Judge MargareT Mahoney Violated Plaintiff Due Process, When Plaintiff Identification Confrontation evidence was tainted and Suggestive When Superior Court through Judge mahoney allowed it as evidence against Plaintiff. On may 13, 2014. Allegedly a crime was committed hours there after, without counsel a suggestive Identification was done with only one Person Present the Plaintiff on the StreeT for the PurPose of Identifying the culPrit Which Was Carried Out, in lieu of the Constitutional 6 Pack line up With Other Faces to Which Would Wave represented a fair an impairtial line up. Plaintiff Was the only one Present handcuff standing Out in Open, When the alleged Victim told dective he wasn't sure it Was Plaintiff, The dective broke Protocol by Coaching alleged Victim to say 90percent by asking What Percentage are you and giving allegedly money to alleged Victim that Supposed to been taken 7 thousand 3 hundred and 60 dollars. When Plaintiff Indictment came the alleged Victim stated he wasn't 100 Percent sure. On Oct. 23, 2014 Plaintiff Found out Judge mahoney For Superior CourT Was allowing Edward leiter to do a deposition with alleged Victim in CourTroom On nov. 13, 2014 With Plaintiff in court with him. Plaintiff Complained and "Stated to Suprerior courT and Judge Mahoney On Oct. 23, 2014 and Nov. 12, 2014" that I the Plaintiff Wasn't Identified yeT, I need a line up and dessurealt hearing before alleged Victim see my Face", and was denied by Judge mahoney. On Nov. 13, 2014 a deposition Was done with me in courtroom with alleged Victim that look in Plaintiff Face for hours With statement that was reherse and coherse denied Plaintiff due Process of Identity and fair Trial or ever able to do a line up due to allegedVictim looking in Plaintiff Face irreParable Identity. After deposition Superior courT through Judge mahoney did dessurealt hearing and allowing tainted Seiggestive Identity of Plaintiff, in.

(5B)

Continuing Count-5 and 5B Injury

4. Injury:
Mental Anguish, Depression, Defamation of charcter, emotional damages, couldn't get my colostomy reverse cause of this case that why CV-2014-01613-Jat-DMF was Filed mistreated. Punitive Damages, gross negligence, Compensatory Damages, deliberate indifference.

# Count- 6

1. State the Constitutional or Other Federal Civil Right that was Violated:
   <u>Plaintiff Was denied Fair Trial under the Six Amendment of u.s. Constitution</u>

2. Count- 6.- Identify the issue involved. ☒ Access to the Court

3. Supporting Facts:

The Superior Court of Maricopa County through Judge Margaret Mahoney Violated Plaintiff Due Process, When Plaintiff Identification confrontation evidence was tainted and Suggestive When Superior court through Judge Mahoney allowed it as evidence against Plaintiff. On may 13, 2014. Allegedly a crime was committed, hours there after, without counsel a. Suggestive Identification was done with only one Person Present the Plaintiff on the Street For the Purpose of Identifying the culprit which was carried out, in lieu of the constitutional 6-Pack line up with other feces to which would wave represented a fair an Impairtial line up. Plaintiff was the only one Present handcuff Standing out in open. When the alleged Victim told dective he wasn't Sure it was Plaintiff, The dective broke Protocol by coaching alleged Victim to Say 90 percent by asking What Percentage are you and giving allegedly money to alleged Victim that Supposed to been taken 7 thousand 3 hundred and 60 dollars. When Plaintiff Indictment come the alleged Victim Stated he wasn't 100 percent Sure. On Oct. 23, 2014. Plaintiff Found Out Judge Mahoney for Superior Court was allowing Edward leiter to do a deposition with alleged Victim in courTroom On Nov 13, 2014 With Plaintiff in court with him. Plaintiff Complained and "Stated to Superior Court through Judge Mahoney on <u>Oct. 23, 2014</u> and <u>Nov. 13, 2014</u> "that I the Plaintiff wasn't Identified yet, I need a line up and dessureault hearing before alleged Victim See my face," and was denied by Judge Mahoney. On Nov. 13, 2014 a deposition was done with me in court room with alleged Victim that look in Plaintiff Face For hours with Statement that was reherse and Coherse denied Plaintiff due Process of Identity and Fair Trial or ever able to do a line up due to alleged Victim looking in Plaintiff Face irreparable Identity. After deposition Superior Court through Judge Mahoney did dessureault hearing and allowing tainted Suggestive Identity of Plaintiff in.

(6 A)

Continuing Counting Count-6 and 6A   Injury

4. Injury:

Mental Anguish, Depression, Defamation of Charcter, emotional damages, Couldn't get my colostomy reverse Cause of this case that why CV-2014-01613-Jat-DMF was Filed mistreated. Punitive Damage, gross negligence, Compensatory Damages, deliberate Indifference,

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff want Criminal case drop with Prejudice and all court cost including the cost when it was filed in superior court the deferral cost any past due cost of the deferral paid for, or 8 hundred thousand dollars for violating my civil Right that protect me and all my injury

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Aug. 22, 2015__          _Demetrius Wilson UCC-1-103_
            DATE                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Exhibit-1 Consist of 3 Pages   OCT 2 9 2014

# STATE BAR OF ARIZONA
# CHARGE AGAINST A LAWYER

Exhibit-1 Consist of 3 Pages

I.L.S.
MAILED

Exhibit 1

| NAME AND ADDRESS OF CONSUMER | NAME AND ADDRESS OF LAWYER |
|---|---|
| Demetrius A. Wilson 201 S. 4th Ave Phoenix, AZ. 85003 | Michael Souccar 2828 N. Central Suite 890 Phoenix, AZ. 85004 |
| Telephone No. 219 455-5030 | Telephone No. 602-741-9100 602 253-0120 |

1. **Did or does this lawyer represent you?**

YES X NO ___

If "YES", provide the approximate dates the lawyer represented you, and the amount, if any, paid to the lawyer.

a couple of months

If "NO", how did you come into contact with this lawyer?

2. **Do you currently have a lawyer other than the one named in this charge form?**

YES ___ NO X

If "YES", provide your lawyer's name and address.

3. **If your charge is about conduct in a lawsuit, provide the following information:**

Case number of the lawsuit: CV-14-02421-PNX-JAT-MEA

Title of the lawsuit (for example, *Smith v. Jones*): _____

Name of court (for example, Superior or Municipal Court, and name of county of city): _____

Exhibit-1 Consist of 3 Pages

Approximate date the lawsuit was filed: _____

_____

What is your connection to the lawsuit (for example, plaintiff or defendant): _____

_____

_____

4. Is the lawyer in possession of money or other property (for example, your original documents or client file) that you believe should be returned to you?

   YES ☒  NO

   If "YES" please identify the money or property *and include any written fee agreement*::
   _My indictment transcripts and discovery Transcripts_

   _____

   _____

5. What type of legal work was/is involved? (Check all that apply)

   ☐ Collections
   ☐ Family Law/Divorce
   ☐ Criminal Law/Traffic Offenses
   ☐ Personal Injury
   ☐ Immigration
   ☐ Worker's Compensation
   ☐ General Civil
   ☐ Other _____

6. What is the general nature of your charge against the lawyer (Check all that apply)

   ☐ Delay or lack of diligence
   ☒ Failing to Answer letters or phone calls
   ☒ Refusing to return your files or papers
   ☒ Conflict of interest
   ☐ Improper handling of your money or property
   ☒ Not keeping you informed of progress on your case
   ☒ Not following instructions
   ☒ Other _refusing to give me a Dessureault hearing for my Identity._

7. State your charge in your own words. Please follow the instructions contained in "Information about Filing a Charge Against a Lawyer." Include all important dates, times, places, and details so that the specific nature of your charge can be understood.

   Use additional sheets if necessary. PLEASE DO NOT USE THE BACK OF THIS FORM.

   _Attorney Michael Souccar is rail Roading me, in my criminal case CR 2014.122610.001 he is Violating my 14th Amendment due Process and 6th Amendment to have affective - Proper assistance of defense counsel._

In case No. CR.2014.122610.001 I wasn't properly Identified in case, in my police report the victim has conflicting statements after the one on one with victim the victim say he was not entirely sure if I was the subject, on another page he said he wasn't 100 percent sure I was the subject, and on another page he say he's 90 percent sure I'm the subject but, was given 1 thousand and three hundred and sixty dollars. Clearly showing he was coach into his statement.

I asked Attorney Michael Souccar, to do a Independant Examination of money) but he refused. I asked this Attorney to do a Dessurealt hearing where the victim has to Identify the subsbect he refused this is   due process of my case and ineffective assistance, but instead rushed me I mean rushed to do a disposition of the victim so it can be use later on me, instead of objecting to it So he can do a Dessurealt hearing and Independant examination.

So on Oct.23 2014 I spoke up in court and to Judge mahoney and she said I have to go through my Attorney but he's working against me. So the Just recorded me saying how can they rush to do a disposition of victim when I haven't been clearly identified, I also requested the dessurealt hearing on record. So on Nov.13.14 2014 they are rushing to do a disposition on the victim where they record and Video tape his statement to use it against me, without giving me a line up or dessurealt hearing on Independant Examination. This violate me due process.

I understand that most written charges against lawyers eventually become a public record. I understand that all information on this form, including my name and address, will be available for review by the lawyer and others who may view the file. This charge form and other submissions by me will be sent to the lawyer.

DATE: 10·23·14        SIGNATURE: *Demetrius Wilson* UCC-1-103

SUBMIT COMPLETED FORM TO:

STATE BAR OF ARIZONA
4201 North 24th Street, Suite ~~200~~ 100
Phoenix, Arizona  85016-6288

*Exhibit - 2*



**STATE BAR OF ARIZONA**

Assistant's Direct Line: 602-340-7253

November 12, 2014 ⟵ *Day before Deposition*

Demetrius Antwon Wilson #T079391
4TH AVE JAIL
201 S. 4th Ave.
Phoenix, AZ  85003

**Re: File No:**      14-3280
  **Respondent:**  Michael Souccar

Dear Mr. Wilson:

The State Bar received your bar charge against attorney Michael Souccar.  Your submission was carefully read and considered.

I contacted Mr. Souccar by telephone to discuss your concerns.  Mr. Souccar is aware of your desire for a Desserault hearing.  Mr. Souccar stated he has not refused to request such a hearing, but that he is still considering the best course of action for your defense.  In the event Mr. Souccar determines a Desserault hearing would be beneficial to your defense, he will request such a hearing at the appropriate time.  I understand you may disagree with Mr. Souccar's professional judgment in this matter.  Please note, while it is certainly unfortunate when an attorney and a client disagree over the best course of action in a case, such disagreements are not a basis for professional discipline.  The State Bar will take no further action.

Pursuant to Rule 70(a)(4), Ariz. R. Sup. Ct., the record of this charge will be public for six months from the date of this letter.  Pursuant to Rule 71, Ariz. R. Sup. Ct., the State Bar file may be expunged in three years.

Sincerely,

Ariel I. Worth
Senior Bar Counsel

AIW/sb

*Exhibit - 2*

14-77078                          Page 1 of 1

4201 N. 24th Street  ·  Suite 100  ·  Phoenix, AZ 85016-6266

Exhibit - 3

Contain 1 page

From: Demetrius Wilson
201 S. 4th Ave
Phoenix, Az. 85003

NOV 03 2014

I.L.S.
MAILED

To: Michael Souccar LLC
Attorney at Law
2828 n. central
Suite 890
Phoenix, AZ 85004

Case No: 2014·122610·001

Dear Michael Souccar:

How can you record a disposition with Victim to use against me later?
I'm asking you not to Rail Road me and rush my case,
you said you wasn't going to do this. You are rushing to do a
disposition for the county Attorney and Victim on my case
and you just got on my case, how are you going to rush to do a
disposition with Victim by recording a statement and asking
question of Victim, (and I haven't been clearly identifi-
by the Victim) I am asking you not to do this because
you are Violating my 14th Amendment due Process equal Protection
of the law, nor deprive of liberty. You are Violating my
6th Amendment Right to the effective assistance of Counsel.

→ I am requesting a Dessureault hearing lineup
in Person and Independent exculpatory evidence, of money
or envelope, how can you let them do a disposition to use against me
later without dessureault hearing first.

Respectfully Submitted oct 25, 2014    Demetrius Wilson
Demetrius Wilson
UCC-1-103

Exhibit - 4

Contain 4 pages

DELV'D FOR FILING   I.L.S.
DELV'D FOR FILING   09 3 2014

In The Superior Court In The State of Arizona
In for The County of Maricopa

| | |
|---|---|
| State of Arizona Plaintiff | Case No. 2014·122610·001 |
| VS. | Motion For Change of Counsel For Violating my 14th Amendment Due Process and Violation of My 6th Amendment Right to effective assistance of counsel |
| Demetrius Wilson Defendant | |

## Memorandum

Come now Defendant Demetrius Wilson, in Prose to Federal laws and rules. Defendant is requesting this court to grant this motion For Change of Counsel in the interest of Justice, in Violation of the Due Process clause Pursuant the U.S. Constitution Amendments VI and XIV.

## Facts

1. Defendant Incident report Say the Victim Charles Marshall was not entirely Sure if the defendant was the Subject that robbed him.

2. On another page he Charles Marshall States he was not 100 Percent Sure it was the defendant because he only got a quick Profile (left) look at his face.

# Fact continue

3, and on another page charles marshalls states he's 90 percent sure that it was the defendant and was given seven thousand three hundred and sixty dollars.

## Argument and law

This clearly shows Charles Marshalls was coach into saying it was the defendant. The defendant asked in open court for a DeSSureault hearing line up on oct.23,2014 under the 14th Amendant Due Process cause.

How can State County Attorney, Judge and Attorney michael Souccar who just got on case, do a dosposition with Victim by recording a statement and Attorney micheal Souccar who supose to represent me ask question of the Victim at this dosposition to use against me later. I haven't been Identified clearly by Victim yet. This clearly a Violation of my due Process under the 14 Amendment, The 6 and 14 Amendment guarantees a person accused of a crime, the right to Aid of a lawyer in preparing and Presenting their case, the right to Counsel, is the right to the Effective assistance of counsel, denied DeSSureault hearin

Quoting (Strickland Vs Washington) 466 U.S. 759, 77 in 14 90 S.C 1419, n.14, 25 L. Ed. 2d 763 (1970) Attorney Souccar hasn't done a Independant evidence of money or envelope. So how can he go From A to z and just got on case, See (Mc Mam VS. Richardson) 897 U.S. 759, 77, n.14 90 S. Ct. 1441, n.14, 25 L. Ed. 2d 763 (1970)

Conclusion: Asking Court to grant change of counsel for violati Constitution Rights, The lays of the land my DeSSureault heari

2 of 3

Respectfully Submitted Oct. 25, 2014

Demetrius Wilson
Demetrius Wilson
UCC-1-103

CC  Clerk of the court
county Attorney
Attorney michael Soucinr
Defendant

3 of 3

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **26 August 2015** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona

√ Hon _____James Teilborg_____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ _____

___ _____

___ _____

**INMATE LEGAL SERVICES**
**Maricopa County, Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6                                                                          06/02/08